UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHEVON BUFORD, individually and on Behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Case No.: 4:24-cv-0713-MTS<br>) |
| ASCENSION GENESYS HOSPTAL, | )<br>) |
| Defendant. | ) |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby **ORDERED** that this action is **DISMISSED** without prejudice and without costs to either party.

IT IS SO ORDERED.

Dated: July 11, 2024

_____
United States District Court Judge

So stipulated:

/s/ Melinda Arbuckle (with consent)
Ricardo J. Prieto
Melinda Arbuckle
Wage and Hour Firm – Dallas
5050 Quorum Drive, Suite 700
Dallas, TX 75254
Phone: 979-220-2824
Email: rprieto@wageandhourfirm.com

David M. Blanchard
Blanchard & Walker, PLLC
221 North Main Street, Suite 300
Ann Arbor, MI 48104
Phone:734-929-4313
Email: blanchard@bwlawonline.com

Attorneys for Plaintiff

/s/ Allan S. Rubin
Allan S. Rubin (P44420)
Jackson Lewis P.C.
2000 Town Center, Suite 1650
Southfield, MI 48322
Phone: 248-936-1900
Email: allan.rubin@jacksonlewis.com

Attorney for Defendant